$CS+$

1

2 **FILED**

3 JUL 3 0 2007

4 **RICHARD W. WIEKING**
CLERK U.S. DISTRICT COURT,
5 NORTHERN DISTRICT OF CALIFORNIA

6 IN THE UNITED STATES DISTRICT COURT

7 FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9 KEVIN J. DANIELS,                    )    No. C 07-2697 MJJ (PR)
                                       )
10          Petitioner,                )    **ORDER OF TRANSFER**
                                       )
11 v.                                  )
                                       )
12 GLENN COUNTY SUPERIOR               )    **(Docket No. 3)**
   COURT,                              )
13                                     )
                                       )
14          Respondent.                )

15 _____

16          Petitioner, a California prisoner, has filed this pro se petition for a writ of habeas

17 corpus pursuant to 28 U.S.C. § 2254 challenging a conviction and sentenced obtained in

18 the Superior Court for the County of Glenn.

19          Venue for a habeas action is proper in either the district of confinement or the

20 district of conviction, 28 U.S.C. § 2241(d); although petitions challenging a conviction are

21 preferably heard in the district of conviction. See Habeas L.R. 2254-3(a); Laue v. Nelson,

22 279 F. Supp. 265, 266 (N.D. Cal. 1968); cf. Dunne v. Henman, 875 F.2d 244, 249 (9th

23 Cir. 1989) (district of confinement best forum to review execution of sentence). The

24 venue for Glenn County, where petitioner was convicted, is the United States District

25 Court for the Eastern District of California. See 28 U.S.C. § 84(b).[1]

26

27 _____

28      [1]The Court notes that petitioner is incarcerated in Susanville, California, also in the Eastern
   District.

G:\PRO-SE\MJJ\HC.07\daniels.trn.wpd

United States District Court
For the Northern District of California

1     Because venue is preferred in the Eastern District, this case is TRANSFERRED to

2     the United States District Court for the Eastern District of California. See 28 U.S.C. §

3     1404(a); Habeas L.R. 2254-3(b). In light of this transfer, this Court will defer to the

4     Eastern District for a ruling on the motion for leave to proceed in forma pauperis.

5         The Clerk shall transfer this matter forthwith, and terminate Docket No. 3 from this

6     Court's docket.

7         IT IS SO ORDERED.

8     DATED: 7/26/2007

9                                          _____
                                           MARTIN J. JENKINS
10                                         United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California

## UNITED STATES DISTRICT COURT

### FOR THE

### NORTHERN DISTRICT OF CALIFORNIA

KEVIN DANIELS,

Plaintiff,

v.

GLENN COUNTY SUPERIOR COURT et al,

Defendant.

_____/

Case Number: CV07-02697 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 30, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kevin J. Daniels
CCC Susanville
Prisoner Id F-57042
P.O. Box 2400
Susanville, CA 96127

Dated: July 30, 2007

Richard W. Wieking, Clerk
By: Edward Butler, Deputy Clerk